```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
```

FUSCO
           Plaintiff,        ORDER OF DISMISSAL
                              PURSUANT TO F.R.C.P. 4m

v.                              CivilAction09-5431(SRC)
NEW YORK CITY TRANSIT AUTHORITY et al      :
           Defendant.

It appearing that the above captioned action having been pending for more than 120 days and plaintiff having failed to effect service during this time and the Court having noticed plaintiff for dismissal pursuant to F.R. of Civ. P. 4m and good cause having not been shown as to why this action should not be dismissed.

It is on this $^{29TH}$ day of June, 2010

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to Rule 4m, without prejudice and without costs.

                                      <u>S/STANLEY R. CHESLER, U.S.D.J.</u>